Gregory Layne Kennedy, Esq., Assistant U.S. Attorney, Patrick A. Lemon, U.S. Attorney's Office, Jackson, MS.

Michael L. Scott, Thomas Creagher Turner, Jr., Federal Public Defender's Office, Jackson, MS.

Before DAVIS, BENAVIDES, and OWEN, Circuit Judges.

PER CURIAM: *

John Robert Anderson appeals from the statutory maximum sentence imposed following the revocation of his supervised release. He argues that the district court's sentence was procedurally and substantively unreasonable. We affirm.

For the first time on appeal, Anderson argues that the district court procedurally erred in failing to provide a specific explanation for its above-guidelines sentence. Reviewing his argument for plain error only, *see United States v. Whitelaw*, 580 F.3d 256, 259 (5th Cir. 2009), we hold that

the record discloses no clear or obvious error on the part of the district court in this regard. *See Puckett v. United States*, 556 U.S. 129, 135, 129 S.Ct. 1423, 173 L.Ed.2d 266 (2009).

Anderson also argues that the statutory maximum sentence was substantively unreasonable; however, the record reveals that Anderson did not comply with the conditions of his supervised release during the three terms that had already been imposed. He has pointed to nothing in the record to show that the district court's sentence was an abuse of discretion. *See United States v. Warren*, 720 F.3d 321, 332 (5th Cir. 2013).

AFFIRMED.

**PETRO–HUNT, L.L.C.,
Plaintiff–Appellee**

v.

**WILLIAMS–SOUTHERN COMPANY,
L.L.C., Defendant–Appellant**

**Williams–Southern Company, L.L.C.,
Defendant–Appellant**

v.

**Petro–Hunt, L.L.C., Plaintiff–Appellee**

No. 16–10122
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/22/2016

---

Charles William Gameros, Jr., Jennifer Noelle Rauch, Hoge & Gameros, L.L.P., Dallas, TX.

Clay M. Steely, Porter & Hedges, L.L.P., Houston, TX.

Before WIENER, CLEMENT and HIGGINSON, Circuit Judges.

PER CURIAM: *

This appeal arises from extended and protracted motion practice in the district court between Defendant–Appellant and Plaintiff–Appellee that followed their Settlement Agreement which, unfortunately, failed to settle the parties' disagreements because of their differing interpretations of that contract. We have thoroughly reviewed the record on appeal, including the briefs of the parties, the Defendant–Appellant's record excerpts, and, particularly, the district court's extensive and detailed explanation in its Order of January 6, 2016, which resulted in its Final Judgment of that date. Concluding that nothing would be gained by our reiterating the district court's painstaking explanation for its rulings, we affirm that court's Judgment, essentially for its express reasons.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.